IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-MJ-01703-RN

**United States of America**,

v.

**Omari M. Stroman,**

Defendant.

**Order**

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved to dismiss the above-captioned matter with prejudice. D.E. 17.

After considering the motion, the court finds that the dismissal with prejudice is in the best interest of justice. So the court grants the motion to dismiss (D.E. 17) and dismisses the Criminal Information with prejudice.

The court denies the motion to suppress (D.E. 15) as moot.

Dated: August 5, 2025.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE